IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dustin J. Iacovazzi<br>　　　　　Debtor | BK NO. 16-02837 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Kubota Credit Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 5211

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　**/s/John F. Goryl, Esquire**
　　　　　　　　　　　　　　　　　　　　　John F. Goryl, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant