```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-02837-JJT
Dustin J. Iacovazzi                                                 Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: MMchugh           Page 1 of 1           Date Rcvd: Jan 10, 2017
                          Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db             Dustin J. Iacovazzi,    1243 Blue Berry Rd,    Falls, PA   18615-7786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor Dustin J. Iacovazzi BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John  Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John  Fisher    on behalf of Creditor   Highway Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John F Goryl    on behalf of Creditor   Kubota Credit Corportaion bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor   Pennsylvania State Employees Credit Union
               kebeck@weltman.com,  jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor   Kubota tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-16-02837 |
| DUSTIN J. IACOVAZZI | Chapter 13 |
| Debtor | John J. Thomas, B.J. |

## ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO CHAPTER 7

AND NOW, upon consideration of the Motion of the Debtor to Convert to Chapter 7, the Motion is GRANTED and the case is converted to a proceeding under Chapter 7.

Dated: January 10, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)