```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-02837-JJT
Dustin J. Iacovazzi                                               Chapter 7
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: PRadginsk          Page 1 of 1          Date Rcvd: Feb 23, 2017
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db             Dustin J. Iacovazzi,    1243 Blue Berry Rd,    Falls, PA   18615-7786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor Dustin J. Iacovazzi BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John   Fisher    on behalf of Creditor    Highway Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John F Goryl    on behalf of Creditor    Kubota Credit Corportaion bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              Keri P Ebeck    on behalf of Creditor    Pennsylvania State Employees Credit Union
               kebeck@weltman.com,   jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dustin J. Iacovazzi<br>　　　　　Debtor | CASE NO. 16-02837-JJT<br><br>CHAPTER 7 |
| Pennsylvania State Employees Credit Union<br>　　　　　Movant | |
| Dustin J. Iacovazzi<br>Respondents/Debtors | |
| John J Martin, Standing Trustee<br>Additional Respondent | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 23rd day of February, 2017, upon failure of the Debtor to file an answer or otherwise plead, it is ORDERED and DECREED that:

　　Pennsylvania State Employees Credit Union be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2014 Jeep Grand Cherokee (VIN# 1C4RJFBM4EC452000)

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: February 23, 2017