```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02837-JJT
Dustin J. Iacovazzi                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: Apr 17, 2017
                      Form ID: ntfnmg      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
db         Dustin J. Iacovazzi,    1243 Blue Berry Rd,    Falls, PA   18615-7786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
         Brian E Manning    on behalf of Debtor Dustin J. Iacovazzi BrianEManning@comcast.net, G17590@notify.cincompass.com
         John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
         John   Fisher    on behalf of Creditor    Highway Federal Credit Union johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
         John F Goryl    on behalf of Creditor    Kubota Credit Corportaion bkgroup@kmllawgroup.com
         John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
         Keri P Ebeck    on behalf of Creditor    Pennsylvania State Employees Credit Union kebeck@weltman.com, jbluemle@weltman.com
         Thomas I Puleo    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                               TOTAL: 8

ntfnmg(03/13)

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dustin J. Iacovazzi  
Debtor(s)

Chapter 7

Case No. 5:16−bk−02837−JJT

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **May 2, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 17, 2017 |