Certificate Number: 12433-PAM-DE-029138007

Bankruptcy Case Number: 16-02387


12433-PAM-DE-029138007

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>April 24, 2017</u>, at <u>2:13</u> o'clock <u>PM EDT</u>, <u>Dustin J. Iacovazzi</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 24, 2017</u>　　　　By: <u>/s/Lisa Susoev</u>

　　　　　　　　　　　　　　　Name: <u>Lisa Susoev</u>

　　　　　　　　　　　　　　　Title: <u>Teacher</u>