```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02837-JJT
Dustin J. Iacovazzi                                             Chapter 7
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Jul 28, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db              Dustin J. Iacovazzi,    1243 Blue Berry Rd,    Falls, PA   18615-7786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Brian E Manning    on behalf of Defendant Dustin J. Iacovazzi BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Brian E Manning    on behalf of Debtor Dustin J. Iacovazzi BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              John Fisher    on behalf of Creditor    Highway Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Plaintiff    Highway Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John F Goryl    on behalf of Creditor    Kubota Credit Corportaion bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Keri P Ebeck    on behalf of Creditor    Pennsylvania State Employees Credit Union
               kebeck@weltman.com, jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dustin J. Iacovazzi  
1243 Blue Berry Rd  
Falls, PA 18615−7786

Chapter 7  
Case No. 5:16−bk−02837−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5030

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John J Martin (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 28, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: PRadginsk, Deputy Clerk